IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:12-CR-00251-CEJ-DDN |
| | ) |
| STEVEN CAMPBELL, | ) |
| | ) |
| Defendant. | ) |

## **WAIVER OF PRE-TRIAL MOTIONS**

COMES NOW Defendant, Steven Campbell, by counsel, Thomas H. Yarbrough, and hereby waives his right to the filing of any pre-trial motions in the above cause.

Respectfully submitted:

YARBROUGH & HOLMAN

By:_____/s/_____
THOMAS H. YARBROUGH, Fed. ID#: 5216878
8011 Clayton Rd., 3rd Flr.
St. Louis, MO 63117
(314) 727-7100
(314) 727-4762 Facsimile
Attorney for Defendant Steven Campbell