UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4:12CR00251 CEJ |
| | ) | |
| STEVEN C. CAMPBELL and | ) | |
| JOHN THOMAS BAILEY, | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S SUPPLEMENTAL DISCLOSURE OF ARGUABLY SUPPRESSIBLE EVIDENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12(b)(4)**

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Jennifer A. Winfield, Assistant United States Attorney for said District, and makes the following supplemental disclosures pursuant to Federal Rule of Criminal Procedure 12(b)(4):

At trial, the Government intends to use the evidence seized and statements made by the defendant during the events described below. This evidence and these statements are more fully set forth in investigative reports which have been made available to defendant.

The Government has listed the defendant that it believes could possibly argue standing to contest each matter, although the Government is in no way conceding that this individual, in fact, has standing on these events.

| DATE | EVENT/ITEM | DEFENDANT(S) |
|---|---|---|
| | Phone report re: Sanyo Cell Phone | Steven Campbell<br>John Bailey |
| 11/1/12 | Consent forms executed by John Bailey | John Bailey |
| Dates Vary | U.S. Bank/Fifth Third Bank/Western Union/MoneyGram Records | John Bailey<br>Steven Campbell |

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*s/Jennifer A. Winfield*
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*s/Jennifer A. Winfield*
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney