# COURTROOM MINUTE SHEET
## SENTENCING PROCEEDINGS
### Before Judge Carol E. Jackson

Date __December 18, 2012__          Case No. __4:12cr251-CEJ__

UNITED STATES OF AMERICA vs. __Steven Campbell__

Deputy Clerk __Kara Scheele__          Court Reporter __Gary Bond__

Interpreter _____ Probation Officer _____

Assistant U.S. Attorney __Jennifer Winfield__

Defendant Attorney(s) __Tom Yarbrough__

☒ Defendant/Parties present for imposition of sentence
☒ Presentence Report adopted/accepted by Court as findings of fact    ☒ PSR filed under seal
☒ Sentence imposed (see judgment)
☐ Count(s) _____ dismissed on motion of AUSA
☒ Government's Motion pursuant to §5K1.1 is ☒ granted  ☐ denied
☐ Objections to Presentence report heard and ☐ granted as follows: ☐ denied as follows:
defendant objected to the criminal history category and the court overruled the objection.

☐ The Court makes the following recommendations to the Bureau of Prisons:
_____

☐ Post-sentencing hearing on status of appeal set _____ at _____ a.m./p.m.

☒ Defendant remanded to custody of the USMS
☐ Defendant granted a voluntary surrender to the institution/USMS for incarceration as notified by USMS
☐ Defendant is released on Probation pending processing by USMS

Proceedings commenced __9:45__ a.m./p.m. Concluded __10:15__ a.m./p.m.