**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:12-CR-00251-DDN-CEJ |
| | ) | |
| JOHN BAILEY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO WITHDRAW

Comes now Bradford Kessler and Nicholas Williams, attorneys for Defendant, and hereby respectfully request leave of this Honorable Court to withdraw from the above-referenced matter for the following reasons:

1. Counsel for Defendant filed Defendant's Motion to Appoint an Attorney for Appeal. Specifically, attorney Kim Freter, #47777MO, is willing to substitute as counsel and accept the appointment for the appellate work in the above-referenced matter. Ms. Freter may be contacted at phone number (314) 721-6565. Her office is located at 225 South Meramec, Suite 301, in Clayton, Missouri, 63105.

WHEREFORE, counsel for Defendant must respectfully request leave of this Honorable Court to withdraw from the above-referenced matter.

Dated: December 28, 2012            Respectfully submitted,

/s/ Bradford Kessler
Bradford Kessler, #31280MO
1520 Washington Avenue, Suite 226
St. Louis, Missouri 63103
Phone: (314) 863-6363
Fax:    (314) 727-2869

/s/ Nicholas Williams
Nicholas Williams, #62617MO
1520 Washington Avenue, Suite 226
St. Louis, Missouri 63103
Phone: (314) 863-6363
Fax:    (314) 727-2869

*Attorneys for Defendant John Bailey*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney this 28th day of December, 2012.

                            /s/ Bradford Kessler
                            Bradford Kessler