# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1069

United States of America

Appellee

v.

John Thomas Bailey

Appellant

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cr-00251-CEJ-2)

___

**MANDATE**

In accordance with the opinion and judgment of 08/22/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 12, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit