# COURTROOM MINUTE SHEET
## SENTENCING PROCEEDINGS
### Before Judge Carol E. Jackson

Date: 3/27/15          Case No.: 4:12CR251CEJ-2

UNITED STATES OF AMERICA vs.   John Thomas Bailey

Deputy Clerk John Bernsen          Court Reporter Sue Moran

Interpreter_____          Probation Officer_____

Assistant U.S. Attorney: Jennifer Winfield

Defendant Attorney(s): Kim Freter

☒ Defendant/Parties present for imposition of sentence
☒ Presentence Report adopted/accepted by Court as findings of fact- PSR filed under seal
☒ Sentence imposed see judgment
☐ Government's Motion pursuant to §5K1.1 is   ☐ granted   ☐ denied
☐ Count(s)_____dismissed on motion of AUSA
☐ Objections to Presentence report heard and   ☐ granted as follows:   ☐ denied as follows:
Parties present for a Re-sentencing hearing. Sentence imposed-See Judgment.
_____
_____
_____
_____

The Court makes the following recommendations to the Bureau of Prisons:_____
_____

☒ Defendant remanded to **Custody** of the USMS
☐ Defendant granted a **Voluntary Surrender** to the institution/USMS for incarceration as notified by USMS
☐ Defendant is released on **Probation** pending processing by USMS

Proceedings :   9:30AM-9:41AM