# COURTROOM MINUTE SHEET
## SENTENCING PROCEEDINGS
### Before Judge Carol E. Jackson

Date: 3/27/15     Case No.: 4:12CR251CEJ-1

UNITED STATES OF AMERICA vs. Steven Campbell

Deputy Clerk: John Bernsen     Court Reporter: Sue Moran

Interpreter: ____     Probation Officer: ____

Assistant U.S. Attorney: Jennifer Winfield,

Defendant Attorney(s): Michael Gross, Kevin Schriener

- [x] Defendant/Parties present for imposition of sentence
- [x] Presentence Report adopted/accepted by Court as findings of fact- PSR filed under seal
- [x] Sentence imposed see judgment
- [x] Government's Motion pursuant to §5K1.1 is  [x] granted  [ ] denied
- [ ] Count(s) ____ dismissed on motion of AUSA
- [ ] Objections to Presentence report heard and  [ ] granted as follows:  [ ] denied as follows:

Parties present for a Re-Sentencing hearing. Sentence Imposed-see judgment.

The Court makes the following recommendations to the Bureau of Prisons: ____

- [x] Defendant remanded to **Custody** of the USMS
- [ ] Defendant granted a **Voluntary Surrender** to the institution/USMS for incarceration as notified by USMS
- [ ] Defendant is released on **Probation** pending processing by USMS

Proceedings: 9:45AM-9:54AM